JOAN H. MANACHER, Respondent, v. JAY K. MANACHER, Appellant.—

Concur — Eager, J. P., Capozzoli, Nunez and Steuer, JJ.